Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

SEPTEMBER 14, 2016

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACOB ROBERT GRANT,

Defendant.

CASE NO. CR16-5428 RBL

INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Failure to Register)

Beginning on a date unknown but not later than on or about July 15, 2016, and continuing until the present, in Pierce County, within the Western District of Washington, and elsewhere, JACOB ROBERT GRANT, an individual required to register and update his registration pursuant to the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under the Uniform Code of Military Justice, knowingly failed to register as a sex offender as required by the Sex Offender Registration and Notification Act.

//

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

DATED: Sept 14, 2016

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

ANNETTE L. HAYES
United States Attorney

JAMES D. OESTERLE
Assistant United States Attorney

ANDRÉ M. PEÑALVER
Assistant United States Attorney